| | |
|---|---|
| Designación de Miembros de la Comisión de Reputación para el Ejercicio de la Abogacía | 2005 TSPR 28 163 DPR ＿＿＿＿ |

Número del Caso: EN-2005-1

Fecha: 14 de marzo de 2005

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Designación de Miembros de la
Comisión de Reputación para          EN-2005-1
el Ejercicio de la Abogacía

RESOLUCION

San Juan, Puerto Rico, a 14 de marzo de 2005.

De conformidad con la Regla 1, incisos (A) (1) y (A) (2) del Reglamento de la Comisión de Reputación para el Ejercicio de la Abogacía, se designa como miembros asociados al Lcdo. Héctor Saldaña Egozcue y a la Lcda. Waleska Delgado Marrero por un término adicional de dos años.

Esta resolución tendrá vigencia inmediata.

Publíquese

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo